UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ 19-483 |
| Plaintiff, | Southern District of Iowa CR19-24 |
| v. | |
| HAYDEN JAMES BROWN, | DETENTION ORDER |
| Defendant. | |

<u>Offense charged</u>:    Conspiracy to Distribute Marijuana; Distribution of Marijuana (six counts); Conspiracy to Distribute Cocaine and Heroin; Distribution of Heroin; Conspiracy to Launder Monetary Instruments

<u>Date of Detention Hearing</u>:    October 11, 2019.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant has been Indicted in the Southern District of Iowa. He has waived an identity hearing and an Order of Transfer has been signed. Defendant has few, if any, ties to the charging district. The AUSA has proffered Snapchat Videos in which the defendant does not dispute he is portrayed. The AUSA contends the videos show defendant posturing with firearms and drugs. The defendant disputes this contention. Defendant is the subject of an active protection order and, therefore, would be prohibited from possessing and/or purchasing a firearm or other weapons.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the

defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 11th day of October, 2019.

Mary Alice Theiler
United States Magistrate Judge